IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-41676-BTR |
| PATTY SKY ELENIA SAEZ | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 7 |

## ORDER GRANTING MOTION TO EXTEND TIME TO OPPOSE DISCHARGE AND DETERMINE DISCHARGEABILITY

ON THIS DAY, Debtor's *Motion to Extend Time to Oppose Discharge and Determine Dischargeability* (the "Motion") came on for consideration in the above-referenced case. The Court finds that good cause exists for granting the motion and the entry of the following order:

**IT IS, THEREFORE, ORDERED** that the Motion be, and hereby is, **GRANTED**.

**IT IS FURTHER ORDERED** that the time to file a complaint to determine dischargeability of debts and file a complaint objecting to the Debtor's discharge is enlarged to **December 21, 2025**.

Signed on 10/17/2025

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Submitted:

*/s/ Amy Bates Ames*
Amy Bates Ames
State Bar No. 24025243
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR(S)