Amy B. Ames
State Bar No. 24025243
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PATTY SKY ELENIA SAEZ | § § | CASE NO. 25-41676 |
| | § § | CHAPTER 7 |
| DEBTOR | § | |

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO COMPEL TURNOVER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Patty Sky Elenia Saez Debtor in the above-styled and numbered cause and in response to the Motion to Compel filed by the Chapter 7 Trustee herein. Debtor respectfully shows:

1. The facts contained in paragraphs 1 and 2 of the motion are admitted.

2. The facts contained in paragraphs 3 are denied. Debtor's counsel uploaded a majority of the documents on September 29, 2025.

3. The facts contained in paragraph 4 of the motion are admitted.

4. The facts contained in paragraph 5 of the motion are denied.

5. The relief sought in paragraphs 6 of the motion is denied.

6. Debtor's counsel resubmitted the documents to the Trustee on November 19, 2025. A list of the documents submitted is attached as "Exhibit A".

7. Counsel has reached out the Chapter 7 Trustee to verify receipt of the documents.

WHEREFORE, PREMISES CONSIDERED, Respondent prays that Trustee's Motion to Compel Order be denied and for such other and further relief in law and equity as the Court

deems just.

Dated: November 20, 2025.

                                              Respectfully Submitted,

                                              ALLMAND LAW FIRM, P.L.L.C.

/s/ Amy B. Ames
Amy B. Ames
State Bar No. 24025243
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2025, the following parties were served a true copy of the on all the parties via the method indicated below.

**TRUSTEE**
Mark A. Weisbart
mweisbart@haywardfirm.com , tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

**U.S. TRUSTEE**

Asher Matiah Bublick on behalf of U.S. Trustee US Trustee
asher.bublick@usdoj.gov

**DEBTOR**
Patty Sky Elenia Saez
13683 Wayside Ln
Frisco, TX 75035

By: /s/ Amy B. Ames
Amy B. Ames
State Bar No. 24025243